| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>POSNER, RICHARD A. | 2. Court or Organization<br><br>U S COURT OF APPEALS 7th CIRC | 3. Date of Report<br><br>06/03/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE U S CIRCUIT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>219 S DEARBORN<br>CHICAGO IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. SENIOR LECTURER | UNIVERSITY OF CHICAGO LAW SCHOOL |
| 2. TRUSTEE | TRUST▨▨▨▨▨ |
| 3. CHAIRMAN OF HOUSE COMMITTEE | UNIVERSITY OF CHICAGO QUADRANGLE CLUB (FACULTY CLUB) |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Posner, Richard A.

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A. | 06/03/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | UNIVERSITY OF CHICAGO LAW SCHOOL; PART TIME TEACHING | $25,590.00 |
| 2. 2009 | HARVARD UNIVERSITY PRESS; ROYALTIES | $40,189.54 |
| 3. 2009 | UNIVERSITY OF CHICAGO PRESS; ROYALTIES | $906.34 |
| 4. 2009 | OXFORD UNIVERSITY PRESS (ENGLAND); ROYALTIES | $12.74 |
| 5. 2009 | EDWARD ELGAR PUBLISHING; ROYALTIES | $2,421.90 |
| 6. 2009 | STANFORD UNIVERSITY; ROYALTIES | $28.89 |
| 7. 2009 | BETH VESEL AGENCY; ROYALTIES | $695.00 |
| 8. 2009 | THE AUTHORS' REGISTRY; ROYALTIES | $156.32 |
| 9. 2009 | OXFORD UNIVERSITY PRESS (NORTH CAROLINA); ROYALTIES | $2,421.01 |
| 10. 2009 | WALTERS KLUWER/ASPEN; ROYALTIES | 15564.43 |
| 11. 2009 | THOMPSON/WEST; ROYALTIES | $390.96 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | POSNER, RICHARD A. | 06/03/2010 |

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SEE ATTACHED SCHEDULE | SEE ATTACHED SCHEDULE | SEE ATTACHED SCHEDULE | SEE ATTACHED SCHEDULE | SEE ATTACHED SCHEDULE |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

FINANCIAL DISCLOSURE REPORT                          Richard A. Posner
(2009)

IV. REIMBURSEMENTS

                SOURCE                                    DESCRIPTION


1. Seventh Circuit Court of Appeals        3/02 to 3/03   Washington, DC;
                                                          Sitting by Designation/Federal
                                                          Circuit; transportation, hotel & food


2. The Inns of Court                       3/04 to 3/05   Washington, DC;
                                                          Speech; transportation, hotel &
                                                          food


3. Harvard University                      3/06 to 3/07   Cambridge, MA;
                                                          Speech; transportation,
                                                          hotel & food


4. Columbia Law School                     3/24 to 3/25   New York, NY;
                                                          Moot court finals;
                                                          transportation, hotel & food


5. Harvard University Press                4/22   New York, NY;
                                                  Interview; transportation, hotel &
                                                  food


                                           4/23 to 4/24   Washington, DC;
                                                          Meeting; transportation, hotel &
                                                          food


6. Cardozo School of Law                   4/25 to 4/26   New York, NY;
                                                          Conference; transportation, hotel &
                                                          food


7. The Federalist Society                  4/27   Washington, DC;
                                                  Speech; transportation, hotel &
                                                  food


8. Yale Federalist Society                 4/28   New Haven, CT;
                                                  Debate; transportation, hotel & food

9. United States District Court     5/17    Indianapolis, IN; Conference; transportation, hotel & food

10. LECG, LLC     6/18 to 6/20    Washington, DC; Conference; transportation, hotel & food

11. The Federalist Society     7/08 to 7/11    New York, NY; Conference; transportation

12. Institutional Investor     7/21 to 7/24    San Diego, CA; Debate; transportation, hotel & food

13. University of Chicago     10/5 to 10/7    New York, NY; Speech; transportation & hotel

14. Institutional Investor     10/13 to 10/15    New York, NY; Conference; transportation & hotel

15. Harvard Kennedy School     10/15 to 10/17    Cambridge, MA; Conference; transportation

16. Columbia University     11/03 to 11/05    New York, NY; Conference; transportation, hotel & food

17. Harvard Law School     11/15 to 11/19    Cambridge, MA; Moot court; transportation

18. Yale Law School     11/19 to 11/20    New Haven, CT; Workshop; transportation

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A. | 06/03/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNTS AND MUTUAL FUNDS: | | | | | | | | | |
| 2. DWS MANAGED MUNI BOND FUND - CLASS S | D | Dividend | M | T | | | | | |
| 3. VANGUARD 500 INDEX ADM FUND | D | Dividend | N | T | | | | | |
| 4. MONEY MARKET ACCOUNT | A | Dividend | J | T | Buy | 12/30/09 | J | | |
| 5. BLACKROCK NAT'L MUNI FUND | A | Dividend | K | T | | | | | |
| 6. BLACKROCK NAT'L MUNI INSTL FUND | A | Dividend | K | T | | | | | |
| 7. NUVEEN MUNI MARKET OPPORTUNITY FUND | B | Dividend | K | T | | | | | |
| 8. BLACKROCK MUNI 2018 FUND | A | Dividend | J | T | | | | | |
| 9. BLACKROCK GLOBAL ALLOCATION FUND A | A | Dividend | J | T | | | | | |
| 10. BLACKROCK GLOBAL ALLOCATION FUND B | A | Dividend | J | T | | | | | |
| 11. NUVEEN INSURED QUALITY MUNI FUND | B | Dividend | K | T | | | | | |
| 12. NUVEEN SELECT QUALITY MUNI FUND | B | Dividend | K | T | | | | | |
| 13. | | | | | | | | | |
| 14. SEP RETIREMENT ACCOUNT: | | | | | | | | | |
| 15. BLACKROCK BASIC VALUE FUND | E | Dividend | O | T | | | | | |
| 16. BLACKROCK GLOBAL ALLOCATION FUND | A | Dividend | K | T | | | | | |
| 17. TIAA MONEY MARKET ACCOUNT | A | Dividend | J | T | Buy | 04/01/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C = $2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - 550,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A. | 06/03/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. TRUST ACCOUNT: | | | | | | | | | |
| 20. TIAA MONEY MARKET ACCT-LAST YR WAS CMA TAX EX. FD - LINE 19 | A | Dividend | J | T | | | | | |
| 21. BLACKROCK NAT'L MUNI FUND INSTITUTIONAL | B | Dividend | K | T | | | | | |
| 22. BLACKROCK MUNI INS FUND | C | Dividend | L | T | | | | | |
| 23. BLACKROCK GOLBAL DYNAMIC EQUITY FUND | A | Dividend | K | T | | | | | |
| 24. BLACKROCK GOV'T INCOME FUND A | B | Dividend | K | T | | | | | |
| 25. DWS GNMA FUND CLASS S | D | Dividend | M | T | | | | | |
| 26. DWS SHORT DURATION PLUS FUND - CLASS S | D | Dividend | M | T | | | | | |
| 27. DWS CLIMATE CHANGE FUND - CLASS S | | None | J | T | | | | | |
| 28. DWS MANAGED MUNI BOND FUND - CLASS S | C | Dividend | M | T | | | | | |
| 29. | | | | | | | | | |
| 30. RETIREMENT ACCOUNT: | | | | | | | | | |
| 31. BLACKROCK BASIC VALUE FUND A | | None | | | Merged (with line 15) | | | | |
| 32. BLACKROCK GLOBAL ALLOCATION FUND A | | None | | | Merged (with line 16) | | | | |
| 33. MLBANK USA RASP ACCOUNT | | None | | | Merged (with line 17) | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. I R A ACCOUNT #1 | | | | | | | | | |
| 36. BLACKROCK GLOBAL ALLOCATION FUND | A | Dividend | K | T | | | | | |
| 37. BLACKROCK MIDCAP VALUE OPPORTUNITY FUND B | | None | J | T | | | | | |
| 38. BLACKROCK MIDCAP VALUE OPPORTUNITY FUND A | A | Dividend | J | T | | | | | |
| 39. TIAA MONEY MARKET ACCT (PREV ML BANK USA RASP ACCT) | A | Dividend | J | T | | | | | |
| 40. | | | | | | | | | |
| 41. I R A ACCOUNT #2: | | | | | | | | | |
| 42. TIAA MONEY MARKET ACCT (FORMERLY ML BANK USA RASP ACCOUNT) | A | Dividend | J | T | | | | | |
| 43. CERTIFICATE OF DEPOSIT WILMINGTON TRUST CO | B | Interest | | | Matured | 04/17/09 | K | | |
| 44. BLACKROCK PACIFIC FUND | A | Dividend | K | T | | | | | |
| 45. BLACKROCK BASIC VALUE FUND | A | Dividend | K | T | | | | | |
| 46. BLACKROCK GLOBAL ALLOC FUND | A | Dividend | L | T | | | | | |
| 47. BLACKROCK VALUE OPPORTUNITIES FUND | A | Dividend | K | T | | | | | |
| 48. BLACKROCK GLOBAL DYNAMIC EQUITY FUND | A | Dividend | L | T | | | | | |
| 49. BLACKROCK LATIN AMERICA FUND | A | Dividend | K | T | | | | | |
| 50. AMERICAN FUNDS INTERMIDIATE BOND FUND A | C | Dividend | L | T | | | | | |
| 51. BLACKROCK TOTAL RETURN FUND | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A. | 06/03/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. U S TREASURY STRIP ZERO COUPON BOND | | None | J | T | | | | | |
| 53. CERTIFICATE OF DEPOSIT TEMECULA VALLEY BANK | A | Interest | | | Buy | 01/15/09 | K | | |
| 54. | | | | | Matured | 07/20/09 | K | | |
| 55. RETIREMENT ACCOUNTS: | | | | | | | | | |
| 56. VANGUARD 500 INDEX FUND - INVESTOR CLASS | B | Dividend | N | T | | | | | |
| 57. TIAA CREF RETIREMENT ANNUITIES | F | Dividend | P1 | T | | | | | |
| 58. TIAA REAL ESTATE FUND | | None | M | T | | | | | |
| 59. TIAA CREF STOCK MUTUAL FUND (SRA RETIREMENT) | | None | N | T | | | | | |
| 60. CREF MONEY MARKET | | None | J | T | Buy | 11/02/09 | J | | |
| 61. | | | | | | | | | |
| 62. BANK FINANCIAL (BANK ACCOUNT) | A | Interest | J | T | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A. | 06/03/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A. | 06/03/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature________

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544